# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0226
Lower Tribunal No. 2022-CA-002088

_____

JOSEPH LOLE

Appellant,

v.

WALMART, INC., and WAL-MART STORES EAST, L.P., et al.,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Sebastian C. Mejia, of Mejia Law Group, PLLC, Orlando, for Appellant.

Jack R. Reiter and Eric Yesner, of GrayRobinson, P.A., Miami, for Appellees Walmart, Inc. and Wal-Mart Stores East, L.P.

No Appearance for other Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED